Same case below, 358 Fed. Appx. 457.

**No. 09-9963. Lennell Dyches, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2424, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3721.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 333 Fed. Appx. 707.

**No. 09-9964. Danny Daniels, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2424, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3847.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 588 F.3d 835.

**No. 09-9971. Jose Trejo Mireles, aka Jose Luis Trejo, aka Jose Luis Trejo Mireles, aka Jose Trejo, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2424, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3724.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 368 Fed. Appx. 599.

**No. 09-9975. Tiah LeRose Bracken, Petitioner v. United States.**

559 U.S. 1114, 130 S. Ct. 2425, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3798.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-9976. Jason E. Branch, Sr., Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2425, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3737.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 591 F.3d 602.

**No. 09-9977. Carl A. Parker, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2425, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3710.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9978. Arturo Villasenor, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2425, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3857.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9981. LaToyin Davis, Petitioner v. United States.**

559 U.S. 1115, 130 S. Ct. 2425, 176 L. Ed. 2d 938, 2010 U.S. LEXIS 3785.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.